# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 102

Interest of D.B., Minor Child

State of North Dakota,                                    Petitioner and Appellee
          v.
D.B., Child, R.B., Father,                                          Respondents
          and
J.M., Mother,                                     Respondent and Appellant

### No. 20250111

Interest of C.B., Minor Child

State of North Dakota,                                    Petitioner and Appellee
          v.
C.B., Child, R.B., Father,                                          Respondents
          and
J.M., Mother,                                     Respondent and Appellant

### No. 20250112

Interest of M.B., Minor Child

State of North Dakota,                                    Petitioner and Appellee
          v.
M.B., Child, R.B., Father,                                          Respondents
          and
J.M., Mother,                                     Respondent and Appellant

### No. 20250113

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Kelly A. Dillon, Judicial Referee.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, N.D., for petitioner and appellee.

Meredith K. Childress, Rugby, N.D., for respondent and appellant.

**Interest of D.B., C.B., & M.B.**
**Nos. 20250111 – 20250113**

**Per Curiam.**

[¶1]   J.M. appeals from juvenile court orders terminating her parental rights. On appeal, she argues the court clearly erred by finding the children are in need of protection, the causes of the need for protection are likely to continue and will not be remedied, and the children have suffered harm as a result. J.M. argues she was working towards her goals for reunification. After review of the record, we conclude the juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We further conclude the court did not abuse its discretion by terminating J.M.'s parental rights. We summarily affirm the juvenile court orders terminating J.M.'s parental rights under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr